BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
MAY 21 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00144 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| RENE M., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 21, 2015, charging the above defendants with 18 U.S.C. § 92(g)(1)-Prohibited Person in Possession of Ammunition; including Criminal Forfeiture Allegations be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when

1 | necessary for the issuance and execution of the warrant.

2 | DATED: May 21, 2015                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Melanie L. Alsworth
       MELANIE L. ALSWORTH
       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:    May 21, 2015        _____
                               U.S. Magistrate Judge

Motion to Seal Indictment                          2