1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

FILED

DEC 2 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

9           IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            CASE NO. 1:15-CR-00144 LJO SKO

13                 Plaintiff,             ORDER TO UNSEAL INDICTMENT

14         v.

15  RENE MADRIGAL,

16                 Defendant.

18     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19  Criminal Procedure.

20     IT IS HEREBY ORDERED that the case be unsealed made public record.

22  DATED: December 28, 2015

                                          /s/ Sheila K. Oberto
                                          Honorable Sheila K. Oberto
                                          United States Magistrate Judge

2