HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Rene Madrigal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:15-cr-0144 DAD-BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S PERSONAL |
| v. | ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| | ) | [PROPOSED] ORDER THEREON |
| RENE MADRIGAL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Rene Madrigal, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Mr. Madrigal understands he must be personally present for all his Better Choices court hearings.

Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place. Defendant understands the Court

Defendant makes this request because of the financial hardship and difficulty it would be to attend all court hearings. Mr. Madrigal is residing in Stanislaus County and does not have a

valid driver's license.  Mr. Madrigal plans to attend required court hearings either by train or be having a family member drive him.  Because of the time, distance, and expense required for Mr. Madrigal to travel, the defense requests the court grant this waiver as to his non-Better Choices court appearances.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:   April 25, 2016           /s/ Rene Madrigal
                                  RENE MADRIGAL
                                  **Original Signature on File**

DATED:   April 25, 2016           /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  Rene Madrigal

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.  Defendant is required to be present for any bail review hearing and all Better Choices Court hearings.

IT IS SO ORDERED.

Dated:   **April 26, 2016**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE