HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RENE MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00144-DAD-BAM |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | |
| RENE MADRIGAL, | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for plaintiff, and Assistant Federal Defender Charles J. Lee, counsel for Defendant Rene Madrigal, that the conditions of Mr. Madrigal's pretrial release be modified.  Specifically, the parties agree that the following language from Special Condition (l) should be removed:

(l)    . . . Home Detention.  You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO; report any prescriptions to the PSO within 48 hours of receipt;

The parties request that the following language be added in its place:

(l)    . . . Curfew.  You shall remain inside your residence between the hours of 9:00 p.m. and 6:00 a.m.;

All other terms and conditions of probation previously imposed shall remain the same. Mr. Madrigal's Pretrial Services Officer, Ryan Beckwith, is in agreement with the proposed change.

        Respectfully submitted,

        PHILLIP A. TALBERT
        Acting United States Attorney

DATED:  June 30, 2016        */s/ Melanie Alsworth*
        MELANIE ALSWORTH
        Assistant United States Attorney
        Attorney for Plaintiff

        HEATHER E. WILLIAMS
        Federal Defender

DATED:  June 30, 2016        */s/ Charles J. Lee*
        CHARLES J. LEE
        Assistant Federal Defender
        Attorney for Defendant
        RENE MADRIGAL

### **O R D E R**

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED**.

IT IS SO ORDERED.

Dated:  **July 5, 2016**        /s/ *Barbara A. McAuliffe*
        UNITED STATES MAGISTRATE JUDGE