HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RENE MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00144-DAD-BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| RENE MADRIGAL, | ) | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for plaintiff, and Assistant Federal Defender Charles J. Lee, counsel for Defendant Rene Madrigal, that the conditions of Mr. Madrigal's pretrial release be modified.  Specifically, the parties agree that the following Special Condition (l) should be deleted:

(l)   . . . Curfew.  You shall remain inside your residence between the hours of 9:00 p.m. and 6:00 a.m.

The reason for the request is that Mr. Madrigal recently got hired by Stanislaus Foods, a cannery currently in the middle of tomato season.  As a new employee, Mr. Madrigal is often called at the last minute to come into work.  Because he is on the graveyard shift, these calls often occur in the evening or weekend hours, when Mr. Madrigal cannot get clearance from Pretrial Services, and Mr. Madrigal has had to turn down several days of work.  The parties

would like Mr. Madrigal to be able to work as much as possible and given his compliance with all other pretrial rules, Pretrial Services Officer Ryan Beckwith is in agreement with this proposed stipulation. If this employment situation changes, then the changed circumstance would warrant a bail review to readdress the curfew condition.

All other terms and conditions of probation previously imposed shall remain the same.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: August 4, 2016        */s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 4, 2016        */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
RENE MADRIGAL

# O R D E R

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED and the curfew condition is deleted**.

IT IS SO ORDERED.

Dated: **August 4, 2016**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE