1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RENE MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:15-cr-00144-DAD-BAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO MODIFY TERM OF |
| vs. | ) PRETRIAL RELEASE; [PROPOSED] ORDER |
| | ) |
| RENE MADRIGAL, | ) JUDGE: Hon. Barbara A. McAuliffe |
| | ) |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for plaintiff, and Assistant Federal Defender Charles J. Lee, counsel for Defendant Rene Madrigal, that the conditions of Mr. Madrigal's pretrial release be modified.  Specifically, the parties agree that the following Special Condition (l) should be deleted in its entirety:

> You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW:** You are restricted to your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

After the court granted the previous stipulation and order removing the curfew condition, I was contact by Pretrial Services Officer Ryan Beckwith. We discussed that as the electronic monitoring employed in the Eastern District of California is a passive RF monitor, it only lets pretrial know whether a person is at home or not, it does not have a GPS function and cannot track the location of an individual. Essentially, without the curfew, the electronic monitor serves no function and the parties request that this item be removed so Mr. Madrigal will no longer have to pay for the costs of the monitor and this monitor then becomes available for Pretrial to use on another case.

All other terms and conditions of probation previously imposed shall remain the same.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  August 4, 2016            */s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  August 4, 2016            */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
RENE MADRIGAL

## O R D E R

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED and the electronic monitoring condition is deleted**.

IT IS SO ORDERED.

Dated:  **August 5, 2016**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE