HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
ERIN M. SNIDER, Bar #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RENE MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RENE MADRIGAL, Defendant. | NO. 1:15-cr-00144 DAD-BAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   February 27, 2017<br>Time:   1:00 p.m.<br>Judge:  Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for November 14, 2016, may be continued until February 27, 2017, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.

Since the last court date, the government has provided defense counsel with some additional discovery. At this time, defense counsel does not have the need to litigate a formal discovery motion. As discussed previously, the defense has received an offer from the government. However, the state of the law regarding what constitutes a "crime of violence" is unsettled after the Supreme Court *Johnson* decision, making the applicable guideline calculation difficult at this time. While there is some clarity as to one of Mr. Madrigal's predicates, defense counsel would like to see further case law develop on Mr. Madrigal's other predicate so they can

intelligently discuss the government's offer, with him.  In the meantime, Mr. Madrigal remains employed full time, is in compliance with all his pretrial conditions, and is a model Better Choices participant with his next BCCP hearing on November 16, 2016.

      The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 7, 2016    By:    /s/ *Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 7, 2016    By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RENE MADRIGAL

## O R D E R

      IT IS SO ORDERED THAT the 3rd Status Conference is continued from November 14, 2016 to February 27, 2017 at 1:00 PM before Judge McAuliffe.   Time excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **November 7, 2016**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE