HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
ERIN M. SNIDER, Bar #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RENE MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>                  Plaintiff,      )<br>                                   )<br>    vs.                            )<br>                                   )<br> RENE MADRIGAL,                    )<br>                                   )<br>                  Defendant.      )<br> _____)   | NO. 1:15-cr-00144 DAD-BAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  June 12, 2017<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for February 27, 2017 may be continued until June 12, 2017, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.

At Mr. Madrigal's last Better Choices court date on February 15, 2017, he was remanded into custody until bed space becomes available at the WestCare residential treatment facility on February 20, 2017.  Defense counsel would not like Mr. Madrigal brought to court during the blackout portion of his WestCare placement.  The requested continuance also gives counsel time to seek placement in a long-term residential treatment program.  Moreover, the parties would request additional time for plea negotiations as although there has been some clarity since the *Johnson* Supreme Court case, not all the legal issues have been decided and Mr. Madrigal's applicable sentencing guidelines are very uncertain at this point.  The parties hope that further

cases will clarify his situation in the near future.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: February 17, 2017       By: | /s/ *Melanie Alsworth*<br>MELANIE ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 17, 2017       By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>RENE MADRIGAL |

**O R D E R**

IT IS SO ORDERED THAT the 3rd Status Conference be continued from February 27, 2017 to June 12, 2017 at 1:00 PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **February 17, 2017**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE