HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Rene Madrigal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00144-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| RENE MADRIGAL, | DATE: May 21, 2018<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for December 18, 2017 may be continued to May 21, 2018 at 10:00 a.m.

On June 6, 2017, this Court allowed Mr. Madrigal to be released to the Delancey Street Foundation program in San Francisco. The December 18, 2017 status conference was set to check Mr. Madrigal's progress in this minimum 2-year program. Attached as Exhibit A is a letter from Delancey Street confirming Mr. Madrigal's good standing. As the parties do not wish to have Mr. Madrigal's programing interrupted to attend a court hearing, this continuance is requested approximately six months out to continue to monitor his progress.

///

///

1

As Mr. Madrigal has entered a guilty plea on this case and is pending sentencing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: December 5, 2017

*/s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 5, 2017

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RENE MADRIGAL

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for December 18, 2017, is continued until May 21, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **December 5, 2017**

UNITED STATES DISTRICT JUDGE