| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950<br><br>Attorneys for Defendant<br>Rene Madrigal |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RENE MADRIGAL,<br><br>　　　　　Defendant. | Case No. 1:15-cr-00144-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: December 10, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for May 21, 2018 may be continued to December 10, 2018 at 10:00 a.m.

On June 6, 2017, this Court allowed Mr. Madrigal to be released to the Delancey Street Foundation program in San Francisco. This is Mr. Madrigal's second status conference to monitor his progress at the program. He remains in good standing as evidenced by the letter from Delancey Street attached as Exhibit A. As the parties do not wish to have Mr. Madrigal's programing interrupted to attend a court hearing, this continuance is requested approximately six months out to continue to monitor his progress.

///

///

-1-

As Mr. Madrigal has entered a guilty plea on this case and is pending sentencing, no exclusion of time is necessary under the Speedy Trial Act.

>
> Respectfully submitted,
>
> McGREGOR SCOTT
> United States Attorney

DATED: May 7, 2018
*/s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

> HEATHER E. WILLIAMS
> Federal Defender

DATED: May 7, 2018
*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RENE MADRIGAL

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for May 21, 2018, is continued until December 10, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 7, 2018**

_____
UNITED STATES DISTRICT JUDGE