HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Rene Madrigal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00144-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE: December 10, 2018 |
| RENE MADRIGAL, | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for December 10, 2018 may be continued to May 13, 2019 at 10:00 a.m.

On June 6, 2017, this Court allowed Mr. Madrigal to be released to the Delancey Street Foundation program in San Francisco. This is Mr. Madrigal's third status conference to monitor his progress at the program. He remains in good standing as evidenced by the attached letter from Delancey Street. As the parties do not wish to have Mr. Madrigal's programing interrupted to attend a court hearing, this continuance is requested approximately six months out to continue to monitor his progress.

///

///

As Mr. Madrigal has entered a guilty plea on this case and is pending sentencing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: December 3, 2018

*/s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 3, 2018

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RENE MADRIGAL

## O R D E R

IT IS SO ORDERED that the status conference in the above-entitled case shall be continued to May 13, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 3, 2018**

_____
UNITED STATES DISTRICT JUDGE