1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  Rene Madrigal

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  Case No. 1:15-cr-00144-DAD-BAM

12         Plaintiff,  STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

13 vs.

14 RENE MADRIGAL,  DATE: August 19, 2019
                   TIME: 10:00 a.m.
15         Defendant.  JUDGE: Hon. Dale A. Drozd

16

17

18     IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the sentencing hearing in the above-captioned matter now set for May

20 13, 2019, before the Honorable Dale A. Drozd, be continued until August 19, 2019 at 10:00 a.m..

21     The defense is requesting the additional time in order to allow Mr. Madrigal to complete

22 his two-year commitment at the Delancey Street Foundation in San Francisco. He entered

23 Delancey Street on June 15, 2017 and remains at the program in good standing. See Exhibit A:

24 Letter from Delancey Street. Defense counsel spoke with the program and was informed Mr.

25 Madrigal is currently in his "work out" phase of the program and is transitioning to employment

26 in the community. The government has no objection to the requested date.

27     At this time, the defense would be also request the Court refer this matter to probation for

28 preparation of a report and recommendation for sentencing and that Mr. Madrigal be allowed to

complete the interview telephonically in order to minimize the disruption to his time at the program.

As Mr. Madrigal has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: April 24, 2019    By:    /s/ *Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 24, 2019    By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RENE MADRIGAL

# **O R D E R**

The sentencing hearing in the above-entitled case shall be continued to August 19. 2019 at 10:00 a.m. In addition, this matter is referred to probation for preparation of a report and recommendation for sentencing and supplemental telephonic interview of the defendant if deemed appropriate by probation.

IT IS SO ORDERED.

Dated: __April 24, 2019__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE