| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | RENE MADRIGAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:15-cr-00144-DAD-BAM |
| | Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER THEREON |
| vs. | | JUDGE: Hon. Erica P. Grosjean |
| RENE MADRIGAL, | | |
| | Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that pretrial release condition (7)(c) relating to Mr. Madrigal's travel restrictions be modified as follows:

"You must restrict your travel to the Eastern District and Northern District of California unless otherwise approved in advance by the Pretrial Services Officer."

This modification is requested as Mr. Madrigal completed his Delancey Street commitment over the past weekend. The modification would allow Mr. Madrigal to visit family members who reside in the Eastern District of California. AUSA Melanie Alsworth has no objection to the modification and the modification is supported by Pretrial Services Officer Jessica McConville.

All other conditions remain in full force and effect.

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: July 2, 2019      */s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 2, 2019      */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RENE MADRIGAL

# **O R D E R**

**IT IS SO ORDERED** that pretrial release condition 7(c) be modified to read: "You must restrict your travel to the Eastern District and Northern District of California unless otherwise approved in advance by the Pretrial Services Officer."

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 2, 2019**      /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE